UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No.: CR21-108RSM |
| ) | |
| Plaintiff,  ) | ORDER OF WITHDRAWAL AND |
| ) | SUBSTITUTION OF COUNSEL |
| vs.  ) | |
| ) | |
| BRETT DAVID RADCLIFF,  ) | |
| ) | |
| Defendant  ) | |
| ) | |

THIS MATTER having come regularly before the court and, being fully apprised in the premises, and it appearing that the parties are in agreement or at least not opposed, now, therefore, it is hereby

ORDERED that Gregory L. Scott is permitted to withdraw as attorney of record for the defendant, Brett David Radcliff.

IT IS FURTHER ORDERED that Bryan Hershman is permitted to appear as counsel representing the defendant, Brett David Radcliff. Mr. Hershman shall be recognized as counsel of record for all purposes in this matter, effective immediately.

IT IS FURTHER ORDERED that any protective orders entered by the

///

ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1

Court in this matter with respect to Brett Radcliff will apply to new counsel.

DATED this 17th day of September, 2021.

*(signature)*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Gregory L. Scott
Gregory L. Scott

Approved by phone Sept 7, 2021 at approximately 4:30 pm.
Brett David Radcliff
Defendant Herein

Approved as to Form:
Notice of Presentation Waived:

s/ Bryan Hershman (approved by phone)
Bryan Hershman

ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2

```
_____
Lyndsie Rebecca Schmalz
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-7970

s/ Erin Becker (approved by email)
Erin Becker
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
(206) 553-7970
```

ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3