UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRETT DAVID RADCLIFF,<br><br>  Defendant. | CASE NO. CR21-108-RSM<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a drug trafficking offense. If convicted as charged, he faces a mandatory minimum prison sentence of 10 years. The Court released Defendant in July 2021. Since then Defendant has struggled to abide by the Court's order of release. Despite numerous hearings and admonishments, Defendant continues to use controlled substances and misses appointments with his pretrial officer for substance use testing. Defendant admitted today to violating five of the six allegations regarding drug use and failing to test. The pretrial office and the United States have long requested the Court revoke release and the Court has long resisted doing so in the hopes that Defendant would be able to get his substance use under control.

DETENTION ORDER - 1

Unfortunately, Defendant cannot abide by the Court's release order even though the Court specifically discussed with him that his continued violations would result in revocation and detention. The Court concludes there is no option other than revocation and detention.

It is therefore **ORDERED**:

(1)  Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)  The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 31st day of October, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2