The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> BRETT DAVID RADCLIFF, <br><br> Defendant. | NO. CR21-108 RSM <br><br> ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive material about the defendant contained in the governments sentencing memorandum,

It is hereby ORDERED that the governments sentencing memorandum, shall remain sealed.

DATED this 8th day of May, 2023.

[signature]

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
*s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order to Seal - 1
*United States v.* Radcliff / CR21-108 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970