UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR21-108RSM |
| Plaintiff, | ORDER GRANTING MOTION TO SEAL |
| v. | |
| BRETT DAVID RADCLIFF, | |
| Defendant. | |

Having read Defendant's Motion to Seal (Dkt #446), and because of the sensitive material about the defendant contained in the sentencing memorandum,

It is hereby ORDERED that Defendant's sentencing memorandum shall remain sealed.

DATED this 9th day of May, 2023.


RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1