UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR21-108RSM |
| Plaintiff, | ORDER GRANTING MOTION FOR LATE FILING |
| v. | |
| BRETT DAVID RADCLIFF, | |
| Defendant. | |

Defendant's Motion for Late Filing (Dkt #448) is GRANTED.

DATED this 9th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1