The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRETT DAVID RADCLIFF,<br><br>Defendant. | NO. CR21-108-RSM<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture for the following property, collectively, the "Subject Property":

1. One Ruger 57 5.7x28 caliber handgun, bearing serial number 642-03975, and any associated ammunition, seized on or about June 30, 2021, from Defendant's residence in Puyallup, Washington;

2. One Glock 20 10mm pistol, bearing serial number BMTF458, and any associated magazines and ammunition, seized on or about June 30, 2021, from Defendant's residence in Puyallup, Washington;

//

//

Final Order of Forfeiture - 1
*United States v. Radcliff;* CR21-108-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. One AR-15 type rifle: a DPMS Panther A-15 5.56 caliber rifle, bearing serial number FFH264877, and any associated magazines and ammunition, seized on or about June 30, 2021, from Defendant's residence in Puyallup, Washington; and

4. $45,790 in United States currency seized on or about June 30, 2021, from Defendant's residence in Puyallup, Washington.

The Court, having reviewed the United States' motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate for the following reasons:

1. In the Plea Agreement that Defendant Radcliff entered on November 21, 2022, he agreed to forfeit his interest in the Subject Property as proceeds he obtained, directly or indirectly, as a result of his commission of Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B), 846, or property used to commit or facilitate that offense (Dkt. No. 355);

2. On January 3, 2023, the Court entered a Preliminary Order of Forfeiture, finding the above-identified property forfeitable pursuant to 21 U.S.C. § 853(a) and forfeiting the Defendant's interest in it (Dkt. No. 378);

3. Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 480), and provided direct notice to two identified potential claimants (Declaration of Assistant U.S. Attorney Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶ 2, Exhibits A & B); and,

4. The time period for filing third-party petitions has expired and none were filed.

//

Final Order of Forfeiture - 2
*United States v. Radcliff;* CR21-108-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, the Federal Bureau of Investigation, and/or their representatives, are authorized to dispose of the property in accordance with the law.

IT IS SO ORDERED.

DATED this 17th day of November, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Krista K. Bush*
KRISTA K. BUSH
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Fax: 206-553-6934
Krista.Bush@usdoj.gov

Final Order of Forfeiture - 3
United States v. Radcliff; CR21-108-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970