UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-108RSM |
| Plaintiff, | ORDER |
| v. | |
| BRETT RADCLIFF, | |
| Defendant. | |

This matter comes before the Court on Mr. Radcliff's July 22, 2024, request [Dkt #506] for copies of plea agreement, judgment and his case docket sheet. The Court GRANTS defendant's request and directs the clerk to mail the requested documents to the defendant at the address provided.

DATED this 30th day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1